Robert E. Moss, Jr., Esq., CA Bar No. 146419
**VISION SERVICE PLAN**
3333 Quality Drive
Rancho Cordova, California 95670
Tel: (916) 851-5151

Attorneys for Plaintiff,
VISION SERVICE PLAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION SERVICE PLAN, a California nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; CHUBB & SON; CHUBB GROUP OF INSURANCE COMPANIES; THE CHUBB CORPORATION, a New Jersey corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Civil No. 2:05−CV−01490−LKK−GGH<br><br>Hon. Lawrence K. Karlton<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation and good cause appearing, an Order issued on October 10, 2005, stating that this case was STAYED and that the clerk administratively closed the case, pending the conclusion of the arbitration proceedings between plaintiff and the remaining defendant, FEDERAL INSURANCE COMPANY. The parties were directed to inform the court within ten days of the conclusion of the arbitration proceedings. During the arbitration process, the parties negotiated a mutual settlement of the matter. Accordingly,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Complaint filed by plaintiff VISION SERVICE PLAN be and hereby

PDF created with pdfFactory trial version www.pdffactory.com

is dismissed with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees as against any party.

Dated:  December 14, 2006

                    By:     /s/ Robert E. Moss, Jr.
                          ROBERT E. MOSS, JR.
                          Attorneys for Plaintiff,
                          **VISION SERVICE PLAN**

Dated: December 6, 2006                **ROSS, DIXON & BELL, LLP**

                    By:    /s/ Terrence R. McInnis
                          TERRENCE R. McINNIS
                          Attorneys for Defendant,
                          FEDERAL INSURANCE COMPANY

## ORDER OF DISMISSAL

Pursuant to the above stipulation of the parties, the Court hereby orders, adjudges and decrees that this action shall be, and hereby is, **DISMISSED** with prejudice and without costs or fees to any party.

Dated: December 15, 2006

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com